**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GIOVANNI HERNANDEZ, | ) | NO. CV 15-4289-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| W.L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: November 30, 2015.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE